Tower *v.* Ellsworth, survivor.

Cobb, J. 1. It is within the discretion of the judge to allow a default to be opened at the trial term, for providential cause preventing the filing of a plea, or for excusable neglect, or where the judge, from all the facts, is of opinion that a proper case for opening the default has been made. Civil Code, § 5072 ;

*Fleetwood* v. *Equitable Mortgage Co.*, 108 *Ga.* 811 ; *Graham* v. *B. & L. Ass'n*, 110 *Ga.* 278 ; *Mitchell* v. *Williams*, 110 *Ga.* 280 ; *Mitchell* v. *Allen*, 110 *Ga.* 282.

2. It follows from the foregoing that this court will not reverse the judgment of a trial judge refusing to open a default, when the only reason assigned for the failure to appear and plead at the proper time is a misunderstanding of counsel for defendant, based on a statement made by the latter, as to the nature of the action.

*Judgment affirmed. All the Justices concurring, except Fish, J., absent.*

Argued December 3, — Decided December 20, 1900.

Complaint. Before Judge Littlejohn. Sumter superior court. November term, 1899.

*Allen Fort*, for plaintiff in error. *W. F. Clarke*, contra.